B6F (Official Form 6F) (12/07)

In re  **Turand D Paige,**
**Mia S Paige**
_____,
Debtors

Case No.  **11-37780**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6472**<br><br>**Advance America**<br>**9070 W Broad Street**<br>**Henrico, VA 23294** | | W | 1/3/2011<br>**Payday Loan** | | | | **621.00** |
| Account No. **x-xxx8203**<br><br>**Advanced Patient Advocacy**<br>**1025 Boulders Parkway**<br>**Suite 400**<br>**Richmond, VA 23225** | | H | 10/24/2010<br>**re: HCA Henrico Doctors Hospital Parham** | | | | **2,192.75** |
| Account No. **xxxxxxxxxxxxx2470**<br><br>**Advanced Recovery Syst**<br>**901 E 8th Ave**<br>**King Of Prussia, PA 19406** | | H | Opened 4/01/05<br>**re: Suncom Wireless** | | | | **462.00** |
| Account No. **xxxx8653**<br><br>**Allianceone**<br>**4850 E Street Rd**<br>**Trevose, PA 19053** | | J | Opened 9/01/11<br>**re: Dominion Power 2nds** | | | | **465.00** |

___10___  continuation sheets attached

Subtotal
(Total of this page)

**3,740.75**

B6F (Official Form 6F) (12/07) - Cont.

In re **Turand D Paige,**
     **Mia S Paige**
                                                    Debtors

Case No. **11-37780**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx8987** <br><br>**Capio Partners Llc** <br>**2222 Texoma Pkwy Ste 150** <br>**Sherman, TX 75090** | | W | **Opened 3/01/11** <br>**re: Henrico Doctors Hospital** | | | | 867.88 |
| Account No. **xx2393** <br><br>**Capio Partners Llc** <br>**2222 Texoma Pkwy Ste 150** <br>**Sherman, TX 75090** | | H | **Opened 8/01/11** <br>**re: Henrico Doctors Hospital** | | | | 701.00 |
| Account No. **xx8994** <br><br>**Capio Partners Llc** <br>**2222 Texoma Pkwy Ste 150** <br>**Sherman, TX 75090** | | W | **Opened 3/01/11** <br>**re: Henrico Doctors Hospital** | | | | 99.21 |
| Account No. **xxxxxxxxxxxx3969** <br><br>**Capital One, N.a.** <br>**Capital One Bank (USA) N.A.** <br>**Po Box 30285** <br>**Salt Lake City, UT 84130** | | W | **Opened 4/01/10  Last Active 7/09/10** <br>**CreditCard** | | | | 583.00 |
| Account No. **xxx2289** <br><br>**Cash 2 U** <br>**6220 Hull Street Road** <br>**Richmond, VA 23224** | | H | **10/27/2011** <br>**Payday Loan** | | | | 250.49 |

Sheet no. **1** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,501.58**

In re **Turand D Paige,**     Case No. **11-37780**
      **Mia S Paige**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0338** <br><br> **Central Portfolio Control** <br> **6640 Shady Oak Rd #300** <br> **Eden Prairie, MN 55344-7710** | | J | **2011** <br> **Continental Bank** | | | | **571.24** |
| Account No. **xxxxxx0103** <br><br> **Charlottesville Bureau** <br> **Pob 6220** <br> **Charlottesvill, VA 22911** | | H | **Opened 10/01/08** <br> **re: Commonwealth Lab Consultants** | | | | **800.00** |
| Account No. **xxxxxxxxxxxxxxxxxx1106** <br><br> **Chela/Sallie Mae** <br> **Attn: Claims Department** <br> **Po Box 9500** <br> **Wilkes-Barre, PA 18773** | | H | **Opened 11/01/03  Last Active 10/05/11** <br> **Educational** | | | | **9,764.00** |
| Account No. **xxxxxxx1320** <br><br> **Citibank Stu** <br> **Attn: Bankruptcy** <br> **Po Box 6191** <br> **Sioux Falls, SD 57117** | | H | **Opened 12/01/00  Last Active 12/01/03** <br> **Educational** | | | | **10.00** |
| Account No. **xxxxx xxxxx9-05-8** <br><br> **Comcast** <br> **5401 Staples Mill Road** <br> **Henrico, VA 23228-5421** | | H | **9/2010** <br> **Utility** | | | | **613.14** |

Sheet no. **2** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **11,758.38**

In re **Turand D Paige,** Case No. **11-37780**
**Mia S Paige**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6842** <br><br> **Credit Collection Services** <br> **Two Wells Ave** <br> **Newton Center, MA 02459** | | W | 9/13/2010 <br> re: Victoria Insurance Group | | | | 185.46 |
| Account No. **xxxxxx3706** <br><br> **Dominion Virginia Power** <br> **PO Box 26543** <br> **Richmond, VA 23290-0001** | | W | 1/14/2011 <br> Utility | | | | 731.37 |
| Account No. **xxxxxxxxxxxx9601** <br><br> **Eastern Account System** <br> **Po Box 837** <br> **Newtown, CT 06470** | | H | Opened 11/01/10 <br> re: Comcast Richmond Service | | | | 550.00 |
| Account No. **xxxxxxxxxxx1236** <br><br> **First Premier Bank** <br> **601 S Minnesota Ave** <br> **Sioux Falls, SD 57104** | | W | Opened 7/01/10  Last Active 10/29/10 <br> CreditCard | | | | 407.00 |
| Account No. **xxxx2068** <br><br> **Great Plains Lending** <br> **2274 S. 1300 East, Suite G-15** <br> **#374** <br> **Salt Lake City, UT 84106** | | J | 2011 <br> Unsecured | | | | 815.62 |

Sheet no. **3** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,689.45**

B6F (Official Form 6F) (12/07) - Cont.

In re **Turand D Paige,**
    **Mia S Paige** , Debtors

Case No. **11-37780**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx xxxxxxx xxxxices<br><br>Henrico Doctor's Hospital<br>PO Box 13620<br>Richmond, VA 23225-8620 | | W | 2009<br>Medical | | | | 1,456.80 |
| Account No. xxxxxxx9901<br><br>Henrico Doctor's Hospital-Fore<br>PO Box 99400<br>Louisville, KY 40269 | | W | 9/3/2009<br>Medical | | | | 30.11 |
| Account No. xxxxxxx7145<br><br>Henrico Doctor's Hospital-Fore<br>PO Box 99400<br>Louisville, KY 40269 | | W | 1/21/2010<br>Medical | | | | 1,061.30 |
| Account No. xxxxxxx6798<br><br>Henrico Doctors Hospital<br>1602 Skipwith Road<br>Henrico, VA 23229 | | W | 8/20/2009<br>Medical | | | | 2,115.00 |
| Account No. xxxxxxx6079<br><br>Henrico Doctors Hospital<br>1602 Skipwith Road<br>Henrico, VA 23229 | | H | 11/30/2009<br>Medical | | | | 220.15 |

Sheet no. **4** of **10** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,883.36

B6F (Official Form 6F) (12/07) - Cont.

In re **Turand D Paige,**
**Mia S Paige**
_____,
Debtors

Case No. **11-37780**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x3970** <br><br> **Henrico Pediatrics** <br> **7605 Forest Ave, Ste 102** <br> **Henrico, VA 23229** | | W | **3/11/2010** <br> **Medical debt in minor's name** | | | | **65.00** |
| Account No. **x3970** <br><br> **Henrico Pediatrics** <br> **7605 Forest Ave, Ste 102** <br> **Henrico, VA 23229** | | W | **8/25/2009** <br> **Medical** | | | | **65.00** |
| Account No. **x3970** <br><br> **Henrico Pediatrics** <br> **7605 Forest Ave, Ste 102** <br> **Henrico, VA 23229** | | W | **10/20/2009** <br> **Medical** | | | | **65.00** |
| Account No. **x3970** <br><br> **Henrico Pediatrics** <br> **7605 Forest Ave, Ste 102** <br> **Henrico, VA 23229** | | W | **11/20/2009** <br> **Medical** | | | | **65.00** |
| Account No. **x3970** <br><br> **Henrico Pediatrics** <br> **7605 Forest Ave, Ste 102** <br> **Henrico, VA 23229** | | W | **12/21/2009** <br> **Medical** | | | | **65.00** |

Sheet no. **5** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **325.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Turand D Paige,**
**Mia S Paige** , Case No. **11-37780**

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx4001<br>Ic Systems Inc<br>Po Box 64378<br>St. Paul, MN 55164 | | H | Opened 3/01/09<br>re: Comprehensive E N T P C | | | | 179.00 |
| Account No. xxxxx xxxx-xx-xx92b-6<br>London Towne<br>5618 Eunice Dr<br>Henrico, VA 23228 | | W | 2/8/2011<br>Unpaid Lease | | | | 3,594.56 |
| Account No. xxxxxxxxxxxx8248<br>Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274 | | H | Opened 8/01/11<br>re: Hsbc Hsbc Card Services | | | | 833.00 |
| Account No. xxxxxx3005<br>Midland Credit Mgmt In<br>8875 Aero Dr<br>San Diego, CA 92123 | | H | Opened 3/01/06<br>re: Aspire Visa | | | | 3,365.00 |
| Account No. xxxxxx0134<br>Midland Credit Mgmt In<br>8875 Aero Dr<br>San Diego, CA 92123 | | H | Opened 8/01/11<br>re: Verizon Wireless | | | | 426.00 |

Sheet no. **6** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **8,397.56**

B6F (Official Form 6F) (12/07) - Cont.

In re **Turand D Paige,**
**Mia S Paige**
                                                                                                Case No. **11-37780**
                                              Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2673**  **National Credit Adjusters** PO Box 3023 327 W 4th St Hutchinson, KS 67504-9508 | | W | 11/2010 re: Payday Loan Yes | | | | **680.00** |
| Account No. **xxx1301**  **Nelnet Lns** Attention: Nelnet Claims Po Box 17460 Denver, CO 80217 | | H | Opened 2/01/01 Last Active 6/01/02 Educational | | | | **Unknown** |
| Account No. **xxxxxxxx9-001**  **NWP Services Corp** PO Box 19661 Irvine, CA 92623-9661 | | J | 12/2010 Utility | | | | **53.40** |
| Account No. **xxxxxxxx02.01**  **NWP Services Corp** PO Box 19661 Irvine, CA 92623-9661 | | W | 10/27/2010 Utility | | | | **21.68** |
| Account No. **3021**  **Quarter Mill** 3000 Quarter Creek Ln Henrico, VA 23294-5201 | | W | 8/2010 Unpaid rent  Judgment in Henrico Co GDC GV11-16185-01 | | | | **1,329.76** |

Sheet no. **7** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **2,084.84**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Turand D Paige,**　　　　　　　　　　　　　　　　　　　　Case No.　**11-37780**
　　　　**Mia S Paige**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx9783**<br><br>**Radiology Associates of Rchmnd**<br>**2602 Buford Road**<br>**Richmond, VA 23235** | | W | 8/21/2009<br>Medical | | | | 75.05 |
| Account No. **xxxx7795**<br><br>**Radiology Associates of Rchmnd**<br>**2602 Buford Road**<br>**Richmond, VA 23235** | | H | 10/24/2010<br>Medical | | | | 65.49 |
| Account No. **xx-x1957**<br><br>**Richmond Ambulance Authority**<br>**2400 Hermitage Road**<br>**Richmond, VA 23220** | | J | 7/3/2011<br>Medical | | | | 279.41 |
| Account No. **xxxxxx9840**<br><br>**Rjm Acq Llc**<br>**575 Underhill Blvd.**<br>**Suite 224**<br>**Syosset, NY 11791** | | J | Opened 9/01/08<br>re: Black Expressions Book Club | | | | 59.00 |
| Account No. **xxxx7319**<br><br>**Security Check, LLC**<br>**PO Box 1530, Dept 10**<br>**Southaven, MS 38671-0016** | | W | 7/7/2010<br>NSF check to Papa John's #385 | | | | 82.11 |

Sheet no. __8__ of __10__ sheets attached to Schedule of　　　　　　　　　　　　　　　　Subtotal
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　　　　　　　(Total of this page)　　561.06

B6F (Official Form 6F) (12/07) - Cont.

In re   **Turand D Paige,**
        **Mia S Paige**
                                                                                                          Case No.   **11-37780**
_____,
                                        Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**T-Mobile** | | W | 8/2011<br>Unsecured | | | | 1,300.00 |
| Account No. **xxxx-xxx86-01**<br><br>**VAC LLP t/a London Towne Apts**<br>**c/o Grogan & Associates**<br>**203 E Cary St, Ste 125**<br>**Richmond, VA 23219** | | W | 4/14/2011<br>Judgment in Henrico Co GDC GV10-25886-01 | | | | 1,122.68 |
| Account No. **xxxx-xxxx73-01**<br><br>**VAC LLP t/a London Towne Apts**<br>**c/o Grogan & Associates**<br>**203 E Cary St, Ste 125**<br>**Richmond, VA 23219** | | W | 8/31/2011<br>Judgment in Henrico Co GDC GV10-028473-01 | | | | 1,139.70 |
| Account No. **xxxx*xxx1113**<br><br>**Virginia Emer & Occup Phy**<br>**PO Box 247**<br>**Midlothian, VA 23113** | | H | 11/30/2009<br>Medical | | | | 115.00 |
| Account No. **xxxx*xxx1113**<br><br>**Virginia Emer & Occup Phy**<br>**PO Box 247**<br>**Midlothian, VA 23113** | | H | 10/24/2010<br>Medical | | | | 263.00 |

Sheet no. **9** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **3,940.38**

B6F (Official Form 6F) (12/07) - Cont.

In re **Turand D Paige,**
**Mia S Paige** _____ , Case No. **11-37780** _____

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx0001<br><br>Vzw Ne<br>Attn: Verizon Wireless<br>Po Box 3397<br>Bloomington, IL 61702 | | H | Opened 2/12/08 Last Active 6/30/11<br>Utility | | | | 425.00 |
| Account No. xxxxxxxxxxx3378<br><br>Wach/rec<br>Po Box 50014<br>Roanoke, VA 24040 | | H | Opened 12/01/04 Last Active 12/12/05<br>NoteLoan | | | | Unknown |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **425.00**

Total
(Report on Summary of Schedules) **41,307.36**

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Turand D Paige / Mia S Paige**         Case No. **11-37780**
Debtor(s)                                       Chapter **13**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

☐ Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
Check if applicable: ☐ Soc. Sec. No. amended. **[If applicable: An original, signed Official Form 21 was marked/hand-delivered to the Clerk's office on _____.*]**
☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
☐ Schedule A - Real Property
☐ Schedule B - Personal Property
☐ Schedule C - Property Claimed as Exempt
☒ **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL RULE 1009-1 *($30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)* **Check applicable statement(s):**
    ☒ **Creditor(s) added**     ☐ **Creditor(s) deleted**
    ☐ **Change in amounts owed or classification of debt**
    ☐ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
    ☐ **Post-petition creditors added (Schedule of Unpaid Debts)**
**REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**
☐ Schedule G- Executory Contracts and Unexpired Leases
☐ Schedule H - Codebtors
☐ Schedule I - Current Income of Individual Debtor(s)
☐ Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social Security Number into the Court's database. ]**

☐ Statement of Financial Affairs
☐ Chapter 7 Individual Debtor's Statement of Intention
☐ Chapter 11 List of Equity Security Holders
☐ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
☐ Disclosure of Compensation of Attorney for Debtor
☐ Other: ____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment via electronic or first-class mail.

Date: **March 9, 2012**

    **/s/ Robert B. Duke Jr. For the Debt Law Group, PLLC**
    Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
    State Bar No.: **740**
    Mailing Address: **The Debt Law Group, Pllc**
    **2800 N Parham Road Ste 100**
    **Richmond, VA 23294**
    Telephone No.: **804-308-0051**

I, **Turand D Paige , Mia S Paige** certify under penalty of perjury that the amended forms herein are accurate and true to the best of my knowledge and belief.

Date: **March 9, 2012**     **/s/ Turand D Paige**
    **/s/ Mia S Paige**

[amendcs ver. 10/2007]

# United States Bankruptcy Court
### Eastern District of Virginia

In re **Turand D Paige / Mia S Paige**                Debtor(s)

Case No. **11-37780**
Chapter **13**

**TO:**

**Central Portfolio Control**
**6640 Shady Oak Rd #300**
**Eden Prairie, MN 55344-7710**

**Great Plains Lending**
**2274 S. 1300 East, Suite G-15 #374**
**Salt Lake City, UT 84106**

**MCM**
**P.O. Box 60578**
**Los Angeles, CA 90060- 0578**

**PennCredit**
**P.O. Box 988**
**Harrisburg, PA 17108-0988**

**Richmond Ambulance Authority**
**2400 Hermitage Rd**
**Richmond, VA 23220**

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Turand D Paige**
**Mia S Paige**

Date: **March 9, 2012**          By **/s/ Robert B. Duke Jr. For the Debt Law Group, PLLC**

Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.: **740**
Address: **The Debt Law Group, Pllc**
**2800 N Parham Road Ste 100**
**Richmond, VA 23294**
Telephone No.: **804-308-0051**

[ ntctoaddcreds ver. R. 11/01]

## **CERTIFICATION**

    I certify that on    **March  9, 2012**   , I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

                          **/s/ Robert B. Duke Jr. For the Debt Law Group, PLLC**
                          **Robert B. Duke Jr. For the Debt Law Group, PLLC 740**
                          Attorney for Debtor [or *Pro Se* Debtor]

# United States Bankruptcy Court
### Eastern District of Virginia

In re **Turand D Paige / Mia S Paige**, Debtor(s)

Case No. **11-37780**
Chapter **13**

## AMENDED
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date **March 9, 2012**    Signature **/s/ Turand D Paige**
**Turand D Paige**
Debtor

Date **March 9, 2012**    Signature **/s/ Mia S Paige**
**Mia S Paige**
Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571